## CRIMINAL COMPLAINT
**(Electronically Submitted)**

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Tari Shauente Kendrick**<br>YOB 1986; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>26-08415MJ |

| Complaint for a violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8) |
|---|

On or about January 3, 2026, at or near Tucson, in the District of Arizona, **Tari Shauente Kendrick**, knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is: one (1) Glock model 20 a 10MM pistol, and one (1) Canik model TP9SFX 9MM pistol; said firearms being in and affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On January 3, 2026, Tucson Police Department (TPD) officers conducted surveillance on a suspected drug residence. Research showed that **Tari Shauente Kendrick** and his girlfriend lived at the address. Both subjects had outstanding arrest warrants for their arrest. Two separate traffic stops were conducted on vehicles that made short contact with the residence. Both traffic stops revealed counterfeit M30 pills (60 on the first stop) (300 on the second stop also included 5 grams of methamphetamine, and 2 grams of mushrooms). Both drivers admitted they obtained the narcotics from inside the residence, driver one admitted that he purchased the pills from **Kendrick**. Both drivers confirmed **Kendrick** and his girlfriend were in the residence.

Officers obtained a search warrant for the residence at 3231 E Flower #B. **Kendrick** and his girlfriend were detained and arrested inside the residence. They were the only two inside the residence. Officers located a Glock model 20 10MM pistol on top of the bed in the residence. Officers also located a Canik TP9SFX 9MM pistol in a gun box inside the bedroom. A records check on **Kendrick** revealed multiple prior felony convictions punishable by imprisonment for more than one year, and **Kendrick** has not had his rights restored.

A records check revealed multiple felony convictions for **Kendrick** including a 2024 conviction for Aggravated assault in Pima County Superior Court Case number CR20224720 in 2024 in which **Kendrick** was sentenced to 1.5 years in prison.

An ATF interstate nexus expert performed a preliminary inspection and determined that the Glock model 20 10MM pistol and Canik model TP9SFX 9MM pistol were not manufactured in the state of Arizona and thus traveled in interstate and/or foreign commerce.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *S. Houston* | SIGNATURE OF COMPLAINANT<br>*Carlos Aguilar* 01/09/26 |
|---|---|
| | OFFICIAL TITLE<br>ATF TFO/TPD Det Carlos Aguilar |

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE [1] | DATE<br>January 9, 2026 |
|---|---|

[1]    See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54